**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1845**

DAYYAN ATTA BEY EX REL DERICK SEALEY,

              Plaintiff - Appellant,

       v.

C. CALL, badge #534 individual, Policeman (Public Servant);
K. BRADFORD, Corporal, Policeman Supervisor (Public
Servant); ALBERT PATRICK, individual, Judge (Public
Servant); TONYA R. HENDERSON-STITH, individual, Judge
(Public Servant),

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Mark S. Davis, District
Judge.  (4:15-cv-00055-MSD-LRL)

Submitted:  November 17, 2015        Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dayyan Atta Bey ex rel Derick Sealey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dayyan Atta Bey ex rel Derick Sealey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Bey v. Call, No. 4:15-cv-00055-MSD-LRL (E.D. Va. July 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED